# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. _____    Caption:_____

_____

Argument Session For Which You Are Scheduled: _____

Dates You Are Available To Argue in the Session (if any):

_____

Other Relevant Information:

_____
_____

Party(ies) Represented:

_____
_____

Counsel:_____

_____


I, _____, hereby certify that on this date, I electronically filed this Notice with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

_____              _____
         Date                                   Signature

01/14/2016 SCC